IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Hailand M. Rosario Melendez

Plaintiff

v. Centro de Ingresos Municipales
CRIM, Licda. Carmen Vega de Fournier,
Sra Carla Colón Jordan, Director, Gerentes,
y Supervisores Actuales oficina Central y
Region San Juan Guaynabo

Defendant(s)

CIVIL NO. 19-cv-1667 (JAG)

COMPLAINT

RECEIVED AND FILED
CASHIER
2019 JUL 12 PM 1:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

I ASK VERY RESPECTFULLY TO THIS HONORABLE FEDERAL COURT TO PROCEED THIS DEMAND AGAINST THE ABOVE MENTIONED WHO INTENTIONALLY DISCRIMINATED AGAINST MY PERSON IN VARIOUS OCCASIONS BEING THE LAST WHEN I DELIVERED THE REQUEST IN WRITING OF REASONABLE ACCOMMODATION AND REQUESTED THE CAREER PLACE TO THE WHICH BY LAW I HAVE A RIGHT. ALL THIS CAUSED ME MENTAL, EMOTIONAL, AND HEALTHY ANGUISHES, THEY NEVER WANTED TO ACCEPT ME AS A CAREER EMPLOYEE WHEN ONCE THEY DID IT WITH ALL THE NEW GROUP THAT ENTERED TO WORK WITH ME IN 2014. IT IS THEN AND LATER THAT THEY LEFT ME OUT, IN RETALIATION AND IN A CLEAR DISCRIMINATION WHEN I WRITTEN REQUESTED ON MAY 17, 2017 TO OBTAIN THE CAREER PLACE WHICH I HAVE A RIGHT AFTER WORKING WITHOUT INTERRUPTION FOR MORE THAN 2 YEARS AND ACCORDING TO THE LAW OF THE MORE THAN 3 YEARS I WORKED GIVING THE BEST OF ME AND WHERE I ALSO HAD ACCIDENTS ON SEVERAL OCCASIONS FOR NEGLIGENCE OF THE ADMINISTRATION IN SOME CASES. IT WAS THEN THAT MRS. CARLA COLÓN JORDAN REQUESTED THE LICDA. CARMEN VEGA DE FOUNIER LEAVING ME OUT OF CRIM LABORALLY EVEN WHEN THERE WAS A GROUP OF ADDITIONAL EMPLOYEES WHO CAME MORE THAN A YEAR AFTER ME AND THOSE WHO CURRENTLY CONTINUE WORKING IN THAT AGENCY. I WAS CALLED TO THE OFFICE AND WITH A SMILING EXPRESSION FROM THE PERSON I RECEIVED A LETTER BY MRS CARLA COLÓN JORDAN WHO FOR THAT TIME WAS THE MANAGER OF THE SAN JUAN GUAYNABO REGION, SUCH LETTER WAS DATED FROM MAY 24, 2017 IN CLEAR DISCRIMINATION AND RETALIATION FROM THE LETTER I DELIVERED THE DAY MAY 17, 2017. IN SUCH LETTER THAT I RECEIVED INDICATED TO ME THAT I WOULD BE OUT AND THAT MY LABOR STATUS WOULD NOT BE RENEWED EFFECTIVE ON JULY 1, 2017.
* I HALAND M ROSARIO WITH A LOT OF RESPECT I REQUEST I GET PAID ALL THE MONEY THAT I LEFT TO GET IN THESE MORE THAN 2 YEARS TO THOSE WHO INDISCRIMINATELY LEFT ME OUT OF THIS EXCELLENCE

EMPLOYEE AND EXEMPLATE MORE CUSTODIAN FATHER. WITH THIS AND ALSO INCLUDING THE BONUSES (Christmas) OR INCREASES AND INSIDES OR INTERESTS THAT IN THEM APPLY AND ALSO THAT I GET BACK MY OFFICE EMPLOYMENT 1 OUTSTANDING IN THE RECEPTION OF THE SAN JUAN GUAYNABO REGION TOGETHER WITH THE REASONABLE ACCOMMODATION (which is very simple and simple and had already requested in the letter on May 17, 2017) AND THAT THEY FOLLOW THE RECOMMENDATIONS OF THE CORPORATION OF THE STATE INSURANCE FUND WHICH THE CRIM AND ITS HIGH PERSON ALWAYS IGNORED, I ALSO REQUEST THAT I GET TO BE IN THE POSITION AS A PERMANENT CAREER PLACE TO WHICH BY LAW I HAVE RIGHT, THAT ALL THE EVALUATIONS THAT WERE MADE TO ME DURING MY WORK SITUATION BE CORRECTED BECAUSE THOSE ARE ERRONEOUS OF THEY HAVING ME AS A REGULAR EMPLOYEE WHEN I AM EXCELLENT IN MY WORK AND THEY ALSO DISCRIMINATE ME EVALUATING ME TO THE ROOT OF THE ABSENCES THAT ARE COMPLETELY JUSTIFIED IN PRIORITY BY MY CONDITIONS THAT MANY THEREOF I ACQUIRED THEM AND THROUGH THE CORRUPTION OF THE INSURANCE FUND OF THE STATE WHERE I HAD SEVERAL CASES OPENED IN (CT) WHEN THE CRIM ITS DIRECTOR THE LIC. CARMEN VEGA DE FOUNIER AND MANAGER CARLA COLÓN JORDAN THOSE WHO CURRENTLY NO LONGER POSSESSED THOSE HIGH POSITIONS LEAVED ME WITHOUT EMPLOYMENT.

DAMAGES, DAMAGES AND ANGUISHES AMONG OTHERS COULD BE ADDED IF AT ITS TIME A LEGAL REPRESENTATION OF MY PERSON AND OR THIS COURT SO I WOULD UNDERSTAND IT. THAT I ALSO GET GUARANTEE THAT THERE WILL BE NO PERSECUTION OR ANY TYPE OF RETALIATION AGAINST MY PERSON WITH A WARRANTY OF AT LEAST 5 YEARS AND OR THE TIME THAT THIS HONORABLE COURT WOULD UNDERSTAND IT IF NECESSARY.

I SENT THEM A COPY OF THE MANAGEMENT PERFORMED BY MY PERSON IN THE FEDERAL WORK DEPARTMENT WHICH GIVES ME THE

OPPORTUNITY TO PRESENT THIS CLAIM BEFORE THIS HONORABLE FEDERAL COURT, MORE TO LEAVE TO KNOW THAT ALL THE MEDICAL DELETS OF THE CFSE WERE REQUESTED WHICH BRINGS A PROCESS AND THEY ARE COMING EVENTUALLY.

I CONSIDER ME A PEOPLE OF PEACE, EMPLOYEE OF EXCELLENCE, HEAD AND CUSTODY FATHER OF FAMILY THAT ALWAYS HAVE CONTRIBUTED TO MY COUNTRY, MY WORK AND MY COMMUNITY.

GOD BLESS US ALL.

*[signature]*

Harland M. Rosario Melendez
Calle Rafael Cepeda #285 Villa Palmeras, PR
San Juan 00915
787 326-7063